**UNITED STATES of America, Appellant,**

v.

**PARKWAY TOWERS, INC., Appellee.**

**No. 12703.**

United States Court of Appeals Fourth Circuit.

Argued Dec. 3, 1968.

Decided Jan. 24, 1969.

Clyde O. Martz, Asst. Atty. Gen., Roger P. Marquis and Edmund B. Clark, Attys., Department of Justice, and Claude V. Spratley, Jr., U. S. Atty., and Alfred W. Swerksy, Asst. U. S. Atty., on brief, for appellant.

William L. Person, Jr., Williamsburg, J. R. Zepkin, Williamsburg, on brief), for appellee.

Before HAYNSWORTH, Chief Judge, and SOBELOFF and BRYAN, Circuit Judges.

PER CURIAM:

For the reasons stated in the memorandum of the District Court, D.C., E.D. Va., 282 F.Supp. 341, the judgment is affirmed.

Affirmed.

■

**John G. GARNER and Winnifred T. Garner, Petitioners,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 18621.**

United States Court of Appeals Sixth Circuit.

June 17, 1968.

John G. Garner and Winnifred T. Garner, in pro. per.

Mitchell Rogovin, Asst. Atty. Gen., Lee A. Jackson, Atty., Tax Division, Department of Justice, Washington, D. C., Lester R. Uretz, Chief Counsel, Internal Revenue Service, Washington, D. C., for respondent.

Before EDWARDS, CELEBREZZE and PECK, Circuit Judges.

ORDER

Respondent's motion to dismiss is granted in all particulars for the reasons set forth in the memorandum of the Tax Court, except as it pertains to the motion to hold attorney Coxe in contempt. As to that motion, the court on its own motion affirms the disposition of the Tax Court under Rule 8 of the United States Court of Appeals for the Sixth Circuit for the reasons set forth in the memorandum of the Tax Court.